In the Matter of the Accounting of STELLA WECHSLER et al., as Executors of SIGMUND WECHSLER, Deceased.

VIRGINIA W. FIELDS et al., Appellants-Respondents; IRVING TRUST COMPANY, Respondent-Appellant; DORIS W. FREIDEN, Respondent.

(Seven Consolidated Appeals)

Argued May 27, 1943; decided December 8, 1943.

*J. Alvin Van Bergh, Joseph M. Proskauer* and *Charles Looker* for Virginia W. Fields, appellant-respondent.

*Forrest M. Anderson, Raymond M. White* and *Norman B. Murphy* for Irving Trust Company, respondent, and for Gifford, Woody, Carter and Hays, respondents-appellants.

*Helen L. Buttenwieser* for Stella Wechsler, appellant-respondent.

*Richard S. Wechsler,* in person, and also for Catherine W. Palmer, appellants-respondents.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.